**01–748.   State ex rel. R.T.G., Inc. v. State.**
Franklin App. No. 98AP–1015. On request for oral argument and *sua sponte,* consideration of consolidation with case No. 01–976, *State ex rel. R.T.G., Inc. v. State,* Franklin App. No. 98AP–1015, for purposes of argument and decision. Request and consolidation granted.

**01–976.   State ex rel. R.T.G., Inc. v. State.**
Franklin App. No. 98AP–1015. On *sua sponte* consideration of scheduling for oral argument and *sua sponte* consideration of consolidation with case No. 01–748, *State ex rel. R.T.G., Inc. v. State,* Franklin

App. No. 98AP–1015, for purposes of argument and decision. Oral argument and consolidation granted.